## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Joyce A. Mcmanus | ) ) ) | 05 B 59987 |
| Debtor(s), | ) ) | Judge Carol A. Doyle |

### ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on October 17, 2005, (as modified by the amendment filed on **Jan. 19, 2006**) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§541 and 1306, shall continue to be property of the estate following confirmation.

In addition to the plan payments set forth in paragraph 2 above, Debtor shall pay all net proceeds (balance after any legitimate third party claims, reasonable fees & costs) in excess of the Debtor's exemption of $7,500.00 received by the Debtor from the personal injury lawsuit to the Standing Trustee prior to making the final regular plan payment. The payment of those proceeds shall not be considered a part of the original pot for creditors established by paragraph 2 above but shall be in addition thereto and shall increase the dividend to allowed unsecured claims to 100% plus 4.5% simple interest or such lesser sum as the addition of said proceeds to the original pot will generate to allowed unsecured claims.

Dated: **23 MAR 2006**

Carol A. Doyle
US Bankruptcy Judge

Non-Binding plan Summary:

| Monthly Pmt | Term | Est. UNS% |
|---|---|---|
| $100.00 | 36 | 10% |

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300